UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MICHELLE CONWAY and <br> DAVID LOCKE, <br><br> Plaintiffs, <br><br> v. <br><br> CHARMI, LLC, a Georgia Limited <br> Liability Company; and BAHRAT PATEL, <br> Individually <br><br> Defendants. | Case No. 2:15-cv-00110-LGW-RSB |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE**

THIS CAUSE came before the Court upon the Parties' Joint Motion for Approval of Settlement Agreement and Voluntary Dismissal of Claims with Prejudice. Upon consideration of the Motion, it is hereby ORDERED AND ADJUDGED:

1. The Joint Motion for Approval of Settlement Agreement and Voluntary Dismissal of Claims with Prejudice is GRANTED.

2. The Court approves the settlement agreement between Plaintiffs and Defendants.

3. Plaintiffs' claims against all Defendants are DISMISSED with PREJUDICE.

SO ORDERED this ____ day of _____ 2015.

_____
Lisa Godbey Wood, Chief Judge
United States District Court